O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD ALAN CRUTCHER, | ) | Case No. CV 11-1688-JAK (DTB) |
| Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| MATHEW CATE, DIRECTOR OF CORRECTIONS, et al., | ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| Respondents. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED:  12/4/2012

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE