JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ALAN CRUTCHER, | Case No. CV 11-1688-JAK (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| MATHEW CATE, DIRECTOR OF CORRECTIONS, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 12/4/2012

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1